Joseph Lubertazzi, Jr.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-2082
Email: jlubertazzi@mccarter.com
*Attorneys for Plaintiff CC Business Solutions,*
*A division of Credit Cash NJ, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CC BUSINESS SOLUTIONS, a division of CREDIT CASH NJ, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE RESOURCE NETWORK, LLC, THE MASLOW MEDIA GROUP, INC., VIVOS HOLDINGS, LLC, VIVOS ACQUISITIONS, LLC, NAVEEN DOKI and SILVIJA VALLERU, <br><br> Defendants. | Civil Action No. 18-14461-SDW-LDW <br><br> **ORDER GRANTING DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF CC BUSINESS SOLITIONS, A DIVISION OF CREDIT CASH NJ, LLC AND AGAINST DEFENDANTS THE MASLOW MEDIA GROUP, INC., VIVOS HOLDINGS, LLC, VIVOS ACQUISITIONS, LLC, NAVEEN DOKI, AND SILVIJA VALLERU** |

**THIS MATTER** having been brought before the Court by application of McCarter & English, LLP, attorneys for Plaintiff, on notice to Defendants The Maslow Media Group, Inc., Vivos Holdings, LLC, Vivos Acquisitions, LLC, Naveen Doki, and Silvija Valleru, for entry of an Order granting final default judgment in favor of Plaintiff CC Business Solutions, a division of Credit Cash NJ, LLC, on Plaintiff's Complaint and there being no opposition to the Motion and for good cause shown;

IT IS, on this 7th day of January, 2019,

ORDERED that:

ME1 28605216v.1

1. The Motion is granted in its entirety.

2. Plaintiff CC Business Solutions, a division of Credit Cash NJ, LLC shall have, and the Court hereby directs entry of, a final judgment in the form attached hereto as <u>Exhibit A</u> awarding damages in favor of Plaintiff CC Business Solutions, a division of Credit Cash NJ, LLC and against Defendants The Maslow Media Group, Inc., Vivos Holdings, LLC, Vivos Acquisitions, LLC, Naveen Doki, and Silvija Valleru, in the amount of $1,092,350.61, jointly and severally, on Plaintiff's Complaint.

3. There is no just reason for delay of enforcement of the judgment awarded herein and accordingly, the judgment granted herein shall be a final judgment.

_____
Hon. Susan D. Wigenton
United States District Judge